

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| ROSA SERRANO, | § | No. 08-17-00190-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D00317) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 2, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alexandria Serra, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 2, 2018.

IT IS SO ORDERED this 13th day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.